# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE INLAND EMPIRE IBEW-NECA HEALTH TRUST, TRUSTEES OF THE SAN BERNARDINO COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, AND ADMINISTRATIVE MAINTENANCE FUND,<br><br>                    Plaintiffs,<br><br>   v.<br><br>SOUTHERN CALIFORNIA ELECTRIC, INC., a California corporation doing business as "So - Cal Electric, Inc.,"<br><br>                    Defendant. | Case No. EDCV 14-1438 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiffs and against Defendant Southern California Electric, Inc.

Plaintiffs are AWARDED monetary judgment in the amount of $27,344.76 against Defendant Southern California Electric, Inc., comprising (i) $11,970.01 in unpaid contributions; (ii) $1,221.37 in prejudgment interest; (iii) $2,154.60 in liquidated damages; (iv) $472.50 in audit fees; (v) $10,670.00 in attorneys' fees; and (vi) $856.28 in costs.

The Court orders that such judgment shall be entered. As there are no remaining named Defendants in this action, the Clerk is directed to close the case.

Dated: October 22, 2014

THE HONORABLE JESUS G. BERNAL
United States District Judge